# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **DONYEAL HENRY and** | ) | |
| **NICKI HENRY,** | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  2:08-cv-02346-BBD-cgc |
| | ) | |
| **ALLSTATE PROPERTY AND** | ) | |
| **CASUALTY INSURANCE COMPANY** | ) | |
| **and LLYOD JONES,** | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER ADOPTING R&R AND DENYING MOTION FOR SANCTIONS

Before the Court is Defendant Lloyd Jones's ("Defendant") Motion for Sanctions. (D.E. #264)  The matter was referred to the magistrate judge for a Report and Recommendation ("R&R").  After a hearing on the merits, the magistrate judge issued a report recommending that the motion be denied.  (D.E. #277)  No objections have been filed.

Upon review of the case record and considering the applicable law, the Court finds that cause does not exist to grant the requested relief.

Accordingly, the Court adopts the R&R of the magistrate judge.  The motion for sanctions is **DENIED**

**IT IS SO ORDERED**, this 22nd day of June, 2011.

                                                s/Bernice Bouie Donald
                                              **BERNICE BOUIE DONALD**
                                              **UNITED STATES DISTRICT JUDGE**