# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| DONYEAL HENRY and NICKI HENRY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 2:08-cv-02346-BBD-cgc |
| ALLSTATE PROPERTY AND ) CASUALTY INSURANCE COMPANY ) and LLYOD JONES, ) ) | |
| Defendants. ) | |

## ORDER ADOPTING R&R AND DENYING MOTION FOR SET OFF

Before the Court is Defendant Lloyd Jones's ("Defendant") Motion for Court Ordered Set Off. (D.E. #265)  The motion was referred to the magistrate judge who issued a Report and Recommendation ("R&R") on April 21, 2011.  (D.E. #276)  No objections have been filed.

Based on a review of the case file, applicable case law and rules, the Court adopts the R&R as its findings and conclusions.

As the motion for court ordered set off is not well founded, the motion is **DENIED** for the reasons set forth in the R&R.

**IT IS SO ORDERED**, this 22nd day of June, 2011.

s/Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**UNITED STATES DISTRICT JUDGE**
